```
ORDR
DAVID C. JOHNSON, ESQ.
Nevada Bar No. 5380
530 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 384-2830
Fax: (702) 385-3059
Email: dcj@johnsonlegal.com
Attorney for Bonnie Harmon
```

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| PRINCIPLE LIFE INSURANCE COMPANY,<br>711 High Street<br>Des Moines, IA 50392-0001<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ESTATE OF BETTY SUE HARMON**<br>c/o JASON JACK NEWTON,<br>41212 Glasgow Way<br>Anacortes, WA 98991<br><br>and<br><br>**BONNIE IRENE HARMON**, Individually and as Successor Trustee of the HARMON 1992 TRUST Dated May 22, 1992,<br>9016 Echo Ridge Drive<br>Las Vegas, NV 89117,<br><br>　　　　　　　　Defendants | Case No. 2:10-cv-01315 |

### ORDER FOR DISTRIBUTION OF LIFE INSURANCE PROCEEDS

The PETITION FOR DISTRIBUTION OF LIFE INSURANCE PROCEEDS has been considered by the Court. After considering the petition, the law, and the evidence,

**THE COURT HEREBY FINDS THAT:**

A.　All parties have received proper notice in this matter.

B.　The **HARMON 1992 TRUST** is the proper beneficiary of the life insurance

proceeds from Principal Life Insurance Company due to the death of **JOHN HARMON**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that:**

1. The life insurance proceeds being held by the Court shall be distributed to **BONNIE IRENE HARMON**, Trustee of the **HARMON 1992 TRUST**.

DATED this 4th day of January, 2012.

Submitted by:

_____
**DAVID C. JOHNSON, ESQ.**

_____
Gloria M. Navarro
United States District Judge